| | |
|---|---|
| 1  DAVID H. FRY (State Bar No. 189276)<br>   david.fry@mto.com<br>2  MUNGER, TOLLES & OLSON LLP<br>   560 Mission Street, 27th Floor<br>3  San Francisco, California 94105-2907<br>   Telephone: (415) 512-4000<br>4  Facsimile: (415) 512-4077<br>5<br>   ERIN J. COX (State Bar No. 267954)<br>6  erin.cox@mto.com<br>   ERIC P. TUTTLE (State Bar No. 248440)<br>7  eric.tuttle@mto.com<br>   SARA N. TAYLOR (State Bar No. 288573)<br>8  sara.taylor@mto.com<br>9  MUNGER, TOLLES & OLSON LLP<br>   350 South Grand Avenue, 50th Floor<br>10 Los Angeles, California 90071-1560<br>   Telephone: (213) 683-9100<br>11 Facsimile: (213) 687-3702<br>12 Attorneys for Defendants<br>   WELLS FARGO & COMPANY and<br>13 WELLS FARGO BANK, N.A. | JS-6<br> |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROXANA CIENFUEGOS, individually, and on behalf of other persons similarly situated and the general public,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO & COMPANY, CRISTOBAL CANCHOLA, ERICK ESTRADA, IVADIM VERDYAN, WELLS FARGO BANK, N.A., and DOES 2 to 100, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-00860-VAP-PLA<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge:      Hon. Virginia A. Phillips<br>Courtroom:  8A |

In accordance with the parties' Joint Stipulation to Dismiss Case Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders this case DISMISSED without prejudice.  The clerk shall close this case.  Plaintiff  may submit her claim to binding arbitration in accordance with the terms of her Wells Fargo account agreements.

**IT IS SO ORDERED.**

DATED:  March 29, 2017

_____
HON. VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE